NORTH, Administratrix, Respondent, vs. TRENTON INVEST-
MENT COMPANY, Appellant.

*April 7—May 12, 1931.*

For the appellant there was a brief by *Hanitch, Hartley,
Johnson & Fritschler* of Superior, and oral argument by
*John C. Fritschler.*

For the respondent there was a brief by *Curran & Sher*
of Superior, and oral argument by *R. E. Sher.*

NELSON, J.   This case is ruled by the decision in *Medley
v. Trenton Investment Co.,* decided herewith (*ante,* p. 30,
236 N. W. 713).

*By the Court.*—Judgment affirmed.